IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Danfoss A/S, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:10-cv-1775-VLB |
| | ) |
| v. | ) |
| | ) |
| Hansen Technologies, Inc., | ) |
| | ) November 12, 2010 |
| Defendant. | ) |

## DANFOSS A/S'S ANSWER TO HANSEN TECHNOLOGY, INC.'S COUNTERCLAIMS

Plaintiff and Counterclaim-Defendant Danfoss A/S ("Danfoss") respectfully submits this Answer to the Counterclaims filed by Defendant and Counterclaim-Plaintiff Hansen Technologies, Inc. ("Hansen").

For its Answer, Danfoss states as follows:

## ANSWER TO COUNTERCLAIMS

1.  Paragraph 1 of Defendant and Counterclaim-Plaintiff Hansen's Counterclaims incorporates by reference their Answer and Affirmative Defenses. Plaintiff and Counterclaim-Defendant Danfoss denies each and every statement and allegation contained in Defendant and Counterclaim-Plaintiff Hansen's Answer, Defenses and Counterclaims not specifically admitted or qualified.

## THE PARTIES

2.  The allegation of Paragraph 2 of Hansen's Counterclaim is admitted.

3.  The allegation of Paragraph 3 of Hansen's Counterclaim is admitted.

1

## JURISDICTION AND VENUE

4. Counterclaim-Defendant Danfoss admits that the Counterclaims purport to allege causes of action arising under the Patent Laws of the United States, as set forth in Title 35, United States Code, and the declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202. However, Counterclaim-Defendant Danfoss denies that Counterclaim-Plaintiff Hansen has any valid claims against Counterclaim-Defendant Danfoss.

5. Counterclaim-Defendant Danfoss admits that this Court has subject matter jurisdiction over Counterclaim-Plaintiff Hansen's Counterclaims pursuant to 28 U.S.C. §§ 1331 and 1338(a) and the Patent Laws of the United States, as set forth in Title 35, United States Code.

6. The allegation of Paragraph 6 of Hansen's Counterclaim is admitted.

7. The allegation of Paragraph 7 of Hansen's Counterclaim is admitted.

## NATURE OF THE ACTION

8. The allegation of Paragraph 8 of Hansen's Counterclaim is admitted.

9. The allegation of Paragraph 9 of Hansen's Counterclaim is admitted.

## COUNT I
### (Validity of the '593 Patent)

10. Paragraph 10 of Defendant and Counterclaim-Plaintiff Hansen's Counterclaims incorporates by reference their answers to the allegations of Paragraphs 1-9. Accordingly, Plaintiff and Counterclaim-Defendant Danfoss incorporates and restates its answers to Paragraphs 1-9 of Defendant and Counterclaim-Plaintiff Hansen's Counterclaims.

11. The allegation of Paragraph 11 is denied.

## COUNT II
### (Infringement of the '593 Patent)

12. Paragraph 12 of Defendant and Counterclaim-Plaintiff Hansen's Counterclaims incorporates by reference their answers to the allegations of Paragraphs 1-11. Accordingly, Plaintiff and Counterclaim-Defendant Danfoss incorporates and restates its answers to Paragraphs 1-11 of Defendant and Counterclaim-Plaintiff Hansen's Counterclaims.

13. The allegation of Paragraph 13 is denied.

Counterclaim-Defendant Danfoss denies Counterclaim-Plaintiff Hansen's Prayer for Relief in its entirety and respectfully requests that all such relief be denied.

## AFFIRMATIVE DEFENSES

1. Counterclaim-Plaintiff Hansen's Counterclaims fail to state a claim upon which relief can be granted.

Respectfully submitted,

Danfoss A/S,
Plaintiff and Counterclaim-Defendant

Dated:   May 11, 2011              By   /Wm. Tucker Griffith/
                                         Wm. Tucker Griffith (ct 19984)
                                            tucker@ip-lawyers.com
                                         Marina F. Cunningham (ct 19475)
                                            cunningham@ip-lawyers.com
                                         McCORMICK, PAULDING & HUBER LLP
                                         CityPlace II, 185 Asylum Street
                                         Hartford, CT 06103-4102
                                         Tel. (860) 549-5290
                                         Fax (860) 527-0464

                                         Its Attorneys

3

## **CERTIFICATE OF SERVICE**

    I certify that on May 11, 2011, copies of the foregoing DANFOSS A/S'S ANSWER TO HANSEN TECHNOLOGY, INC.'S COUNTERCLAIMS were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System, and courtesy copies will be sent to all counsels of record via electronic mail.

                                              Danfoss A/S,
                                              Plaintiff and Counterclaim-Defendant

Dated:   May 11, 2011         By   /Wm. Tucker Griffith/
                                              Wm. Tucker Griffith (ct 19984)
                                                  tucker@ip-lawyers.com
                                              Marina F. Cunningham (ct 19475)
                                                  cunningham@ip-lawyers.com
                                              McCORMICK, PAULDING & HUBER LLP
                                              CityPlace II, 185 Asylum Street
                                              Hartford, CT 06103-4102
                                              Tel. (860) 549-5290
                                              Fax (860) 527-0464

                                              Its Attorneys